**IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

**NO. 10-30443**

**JOHN KINSEL**
**Plaintiff-Appellant,**

v.

**BURL CAIN, Warden–Louisiana State Penitentiary**
**Defendant-Appellee**

Appeal from the United States District Court
for the Eastern District of Louisiana, New Orleans

**<u>RECORD EXCERPTS ON BEHALF OF APPELLANT JOHN KINSEL</u>**

                                        **LAW OFFICE OF AUTUMN TOWN**
                                        Autumn Town, Bar No. 28787
                                        700 Camp Street, Suite 112
                                        New Orleans, LA 70130
                                        Telephone: (504) 528-9500
                                        Facsimile: (504) 324-0216

July 6, 2010

## **TABLE OF CONTENTS**

TABLE OF CONTENTS..................................................................................i

DISTRICT COURT DOCKET SHEET.........................................................1

JUDGMENT OF THE DISTRICT COURT...................................................4

NOTICE OF APPEAL....................................................................................5

CERTIFICATE OF SERVICE.......................................................................7

APPEAL, CLOSED, FR/R

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:08-cv-01512-AJM

Kinsel v. Cain et al
Assigned to: Judge A. J. McNamara
Case in other court: USCA, 5th Circiut, 10-30443
                        USCA, 5th Circuit, 10-30443
                        24th Judicial District Court, Jefferson Parish, 96-07544
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/02/2008
Date Terminated: 04/21/2010
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Plaintiff**

**John Kinsel**  represented by  **Autumn Alycia Town**
Law Office of Autumn Town
700 Camp St.
Suite 112
New Orleans, LA 70130
504-525-1020
Email: autumn@autumntown.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Burl Cain**  represented by  **Anne Mary Wallis**
*Warden*
District Attorney's Office
200 Derbigny
Gretna, LA 70053
504-368-1020
Email: awallis@jpda.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Attorney General State of Louisiana**

| Date Filed | # | Docket Text |
|---|---|---|

0001

| | | |
|---|---|---|
| 04/02/2008 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5.) filed by John Kinsel. (Attachments: # 1 Memorandum in Support # 2 Civil Cover Sheet)(caa, ) (Entered: 04/04/2008) |
| 05/15/2008 | 2 | ORDER transferring petition to U.S. Court of Appeals - 5th Circuit to determine if petitioner is allowed to file successive habeas petition in this court. Signed by Judge A. J. McNamara on 5/14/2008.(caa, ) (Entered: 05/16/2008) |
| 05/21/2008 | 3 | Letter to Ms. Autum Alycia Town from Clerk of Court, 5th Circuit Court of Appeals dated 5/21/2008 (Attachments: # 1 Exhibit) (caa, ) (Entered: 05/22/2008) |
| 08/01/2008 | 4 | ORDER of USCA that Kinsel's motion for authorization to file a successive 28:2254 in the district court is GRANTED. (caa, ) Modified on 8/11/2008 (gbw, ). (NEF: Mag. Moore) (Entered: 08/04/2008) |
| 08/25/2008 | 5 | Habeas Corpus Response Order that Attorney General for the State of Louisiana and the District Attorney for Jefferson Parish respond to the petition of Habeas Corpus within 90 days. Signed by Magistrate Judge Louis Moore, Jr on 8/25/08.(gbw, ) (Entered: 08/25/2008) |
| 08/25/2008 | 6 | Certified Mail Receipts numbers of Habeas Corpus Response Order.(gbw, ) (Entered: 08/25/2008) |
| 08/28/2008 | 7 | Return of Service of Habeas Corpus Response Order served on District Attorney, 24th Judicial District on 8/26/2008 (caa, ) (Entered: 08/29/2008) |
| 08/29/2008 | 8 | Return of Service of Habeas Corpus Response Order served on Louisiana Attorney General and Clerk, 24th Judicial District Court on 8/26/2008.(caa, ) (Entered: 09/08/2008) |
| 11/24/2008 | 9 | EXPARTE/CONSENT First MOTION for Extension of Time to Answer by Burl Cain. Motion(s) referred to Louis Moore, Jr. (Attachments: # 1 Proposed Order granting extension of time)(Wallis, Anne) Modified on 11/24/2008 (caa, ). (Entered: 11/24/2008) |
| 11/24/2008 | 10 | Correction of Docket Entry by Clerk re 9 First MOTION for Extension of Time to File Response/Reply. Filing attorney selected incorrect event and should have changed 'N' to 'Y' at the question 'Is this an Exparte/Consent Motion Y/N?' before clicking the Next button. Correct event is MOTION for Extension of Time to Answer. Clerk took corrective action changing the event and modifying docket text to reflect 'Exparte/Consent'.(caa, ) (Entered: 11/24/2008) |
| 11/24/2008 | 11 | ORDER granting 9 Motion for Extension of Time to Answer re 1 Petition for Writ of Habeas Corpus as to Burl Cain. Response due 12/15/2008.. Signed by Magistrate Judge Louis Moore, Jr on 11/24/08. (gbw, ) (Entered: 11/24/2008) |
| 11/25/2008 | 12 | ORDER granting 9 MOTION for Extension of Time to Answer filed by Burl Cain. Signed by Judge A. J. McNamara on 11/25/2008.(caa, ) (Entered: 11/25/2008) |
| 12/10/2008 | 13 | EXPARTE/CONSENT Second MOTION for Extension of Time to File Response/Reply by Burl Cain. Motion(s) referred to Louis Moore, Jr. (Attachments: # 1 Proposed Order for extension of time to respond)(Wallis, |

| | | |
|---|---|---|
| | | Anne) (Entered: 12/10/2008) |
| 12/12/2008 | 14 | ORDER granting 13 Motion for Extension of Time to File Response to 1 Petition. Response due 1/5/09. Signed by Magistrate Judge Louis Moore, Jr on 12/12/08. (gbw, ) Modified on 12/12/2008 (gbw, ). (Entered: 12/12/2008) |
| 01/05/2009 | 15 | RESPONSE to 1 Petition for Writ of Habeas Corpus by Burl Cain. (Attachments: # 1 Notice of Manual Attachment Taped interview, # 2 Exhibit Dr. Benton's report)(Wallis, Anne) Modified on 1/5/2009 (caa, ). Modified on 1/7/2009 (caa, ). (Entered: 01/05/2009) |
| 04/16/2009 | 16 | First MOTION to Amend/Correct 15 RESPONSE by Burl Cain. Motion(s) referred to Louis Moore, Jr. Motion Hearing set for 5/13/2009 11:00 AM before Magistrate Judge Louis Moore Jr. (Attachments: # 1 Proposed Order, # 2 Memorandum in Support, # 3 Proposed Pleading First Amending and Supplemental Response, # 4 Notice of Hearing)(Wallis, Anne) Modified on 4/21/2009 (caa, ). (Entered: 04/16/2009) |
| 04/20/2009 | 17 | First MOTION to Amend/Correct 16 MOTION to Amend/Correct 15 RESPONSE by Burl Cain. Motion(s) referred to Louis Moore, Jr. Motion Hearing set for 5/13/2009 11:00 AM before Magistrate Judge Louis Moore Jr. (Attachments: # 1 Proposed Order, # 2 Memorandum in Support, # 3 Notice of Hearing)(Wallis, Anne) Modified on 4/21/2009 (caa, ). (Entered: 04/20/2009) |
| 04/21/2009 | 18 | Correction of Docket Entry by Clerk re 16 First MOTION to Amend/Correct. Document should have been linked to another document by checking the box 'Should the document you are filing link to another document'. Clerk took corrective action by linking document to document 15.(caa, ) (Entered: 04/21/2009) |
| 04/21/2009 | 19 | Correction of Docket Entry by Clerk re 17 First MOTION to Amend/Correct. Document should have been linked to another document by checking the box 'Should the document you are filing link to another document'. Clerk took corrective action by linking document to document 17.(caa, ) (Entered: 04/21/2009) |
| 04/27/2009 | 20 | ORDER that the 16 Motion to Amend and supplement his response and the 17 Motion to correct his motion to amend and supplement his response are GRANTED. Signed by Magistrate Judge Louis Moore, Jr on 4/27/09. (gbw, ) (Entered: 04/27/2009) |
| 03/31/2010 | 21 | REPORT AND RECOMMENDATIONS re 1 Petition for Writ of Habeas Corpus (28:2254) filed by John Kinsel; Objections to R&R due by 4/14/2010. Signed by Magistrate Judge Louis Moore, Jr on 3/31/2010.(gbw, ) (Entered: 03/31/2010) |
| 04/14/2010 | 22 | OBJECTION to 21 Report and Recommendations by John Kinsel (Town, Autumn) (Entered: 04/14/2010) |
| 04/21/2010 | 23 | ORDER & REASONS re 21 Report and Recommendations; ORDERED that Kinsel's second 2254 Petition is DENIED w/prej. Signed by Judge A. J. McNamara on 4/21/2010.(gbw, )(NEF: MJ Moore) (Entered: 04/22/2010) |

| | | | |
|---|---|---|---|
| 04/21/2010 | 24 | JUDGMENT that the second petition for issuance of H/C under 28 USC 2254 be denied w/prej. Signed by Judge A. J. McNamara on 4/21/2010.(gbw, )(NEF: MJ Moore) (Entered: 04/22/2010) | |
| 04/21/2010 | 25 | Certificate of Appealability. Signed by Judge A. J. McNamara on 4/21/2010.(gbw, )(NEF: Appeals) (Entered: 04/22/2010) | |
| 05/05/2010 | 26 | NOTICE OF APPEAL by John Kinsel as to 23 Order and Reasons and 24 Judgment. (Credit Card not accepted or unavailable - payment of filing fee due within 2 business days) (Attachments: # 1 Proposed Order)(Town, Autumn) Modified on 5/6/2010 (caa, ). (Entered: 05/05/2010) | |
| 05/06/2010 | 27 | Correction of Docket Entry by Clerk re 26 Notice of Appeal. Filing attorney incorrectly linked document to document 25 . Clerk properly linked document to document 23 and 24 .(caa, ) (Entered: 05/06/2010) | |
| 05/06/2010 | 28 | ORDER that Notice of Intent to Appeal filed by plaintiff has been docketed as 26 Notice of Appeal. No action is necessary by this court. Signed by Judge A. J. McNamara on 5/6/2010.(caa, ) (Entered: 05/06/2010) | |
| 05/10/2010 | 29 | **ERROR: WRONG EVENT SELECTED** EXPARTE/CONSENT MOTION for APPEAL/REVIEW OF MAGISTRATE JUDGE DECISION to District Court by Burl Cain. (Wallis, Anne) Modified on 5/10/2010 (caa, ). (Entered: 05/10/2010) | |
| 05/10/2010 | 30 | Correction of Docket Entry by Clerk re 29 MOTION for APPEAL/REVIEW OF MAGISTRATE JUDGE DECISION to District Court. Filing attorney selected incorrect event. Correct event is Notice of Appeal. Clerk took corrective action by re-docketing the event.(caa, ) (Entered: 05/10/2010) | |
| 05/10/2010 | 31 | NOTICE OF APPEAL by Burl Cain as to 24 Judgment. (caa, ) (Entered: 05/10/2010) | |
| 05/11/2010 | 32 | USCA Appeal Fee paid (Filing fee $ 455) re 31 Notice of Appeal filed by Burl Cain (caa, ) (Entered: 05/12/2010) | |
| 05/19/2010 | 33 | Certified and Transmitted Record on Appeal to US Court of Appeals re 31 Notice of Appeal. USCA Case Number 10-30443. (caa, ) (Entered: 05/21/2010) | |
| 05/19/2010 | 34 | APPEAL TRANSCRIPT REQUEST by Burl Cain re 31 Notice of Appeal. (caa, ) (Entered: 05/21/2010) | |
| 05/20/2010 | 35 | APPEAL TRANSCRIPT REQUEST by John Kinsel re 26 Notice of Appeal, No hearings. (caa, ) (Entered: 05/24/2010) | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/05/2010 18:50:40 | | | |
| PACER Login: | at2234 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-cv-01512-AJM |
| Billable Pages: | 3 | Cost: | 0.24 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN KINSEL                  *          CIVIL ACTION

VERSUS                       *          NO: 08-1512

N. BURL CAIN, WARDEN         *          SECTION: "D"(6)

### J U D G M E N T

For reasons set forth in this court's Order and Reasons of April 21, 2010,

**IT IS ORDERED, ADJUDGED AND DECREED** that the second Petition for Issuance of Habeas Corpus under 28 U.S.C. §2254 be and is hereby **DENIED WITH PREJUDICE**.

New Orleans, Louisiana, this **21st** day of **April, 2010**.

                                   _____
                                          A.J. McNAMARA
                                   UNITED STATES DISTRICT JUDGE

005

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN KINSEL | * | CIVIL ACTION |
| | * | |
| VERSUS | * | CASE NO.: 08-1512 |
| | * | |
| BURL CAIN, Warden | * | SECTION: "D" 6 |
| Louisiana State Penitentiary | | |
| | * | JUDGE: A. J. McNamara |

FILED:_____      _____
                                   DEPUTY CLERK

### NOTICE OF INTENT TO APPEAL

**NOW INTO COURT**, through undersigned counsel, comes Petitioner John Kinsel, who respectfully moves this Honorable Court to enter an Order of Appeal to the United States Fifth Circuit Court of Appeal, in accordance with the 5th, 6th, 8th and 14th amendments of the United States Constitution and 28 U.S.C. §2254, and represents the following:

1.

On April 1, 2008, Petitioner filed a *Petition for Writ of Habeas Corpus*, raising his actual innocence and the fact that the accuser has recanted all testimony in his case and admitted under oath that she lied about his culpability. (Rec. Doc. 1). On January 5, 2009, the state responded, (Rec. Doc. 15), and on March 31, 2010 Magistrate Louis Moore issued a *Report and Recommendations*, finding Petitioner's habeas to be untimely, and recommending that it be dismissed with prejudice.

(Rec. Doc. 21). Petitioner thereafter filed *Objections* on April 14, 2010 (Rec. Doc. 22), and on April 21, 2010, Judge McNamara issued an *Order and Reasons* and *Judgment,* rejecting the Magistrate's argument that Petitioner's petition was untimely, but ultimately finding no claim for federal relief and dismissing Petitioner's habeas petition. (Rec. Doc. 23, 24).

However, Judge McNamara then issued a Certificate of Appealability in this same case, finding that "petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s): whether the writ should be granted. (Rec. Doc. 25).

2.

As such, Petitioner thus requests this Court to enter an order directing the Clerk of this Court to lodge the entire record including, but not limited to, any and all relevant proceedings, with all testimony adduced in connection therewith, in the United States Fifth Circuit Court of Appeal.

Respectfully submitted this 5th day of May, 2010.

**LAW OFFICE OF AUTUMN TOWN**

/s/ Autumn Town
Autumn Town, Bar No. 28787
700 Camp Street, Suite 112
New Orleans, Louisiana 70130
Telephone: (504) 528-9500
Facsimile: (504) 324-0216
**Counsel for Petitioner, John Kinsel**

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the forgoing has been delivered to the State of Louisiana, through the District Attorney for the Parish of Jefferson, via electronic or United States Mail, postage pre-paid and properly addressed this 5th day of May, 2010.

/s/ Autumn Town

## CERTIFICATE OF SERVICE

I hereby certify that a photocopy of the foregoing record excerpts has been served on the Jefferson Parish District Attorney's Office, Anne Wallis, Esq., 200 Derbigny Street, Gretna, Louisiana, 70053, via United States Mail, properly addressed and postage prepaid, this 6th day of July, 2010.

I also certify that all pertinent portions of the record have been sent to John Kinsel, #420674, Louisiana State Penitentiary, Angola, Louisiana, 70712, via hand-delivery or United States Mail.

_____
Autumn Town